ACCEPTED
12-15-00204-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/19/2015 9:13:00 AM
CATHY LUSK
CLERK

| | |
|---|---|
| Appellate Docket Number: | 12-15-00204-CR |
| Appellate Case Style: Style: | The State of Texas VS. Rufus Johnson |
| Vs. | State of Texas |
| Companion Case: | No. 19320 |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/19/2015 9:13:00 AM

CATHY S. LUSK
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Rufus | ☒ Lead Attorney |
| Middle Name: | First Name: Allen |
| Last Name: Johnson | Middle Name: W. |
| Suffix: | Last Name: Ross |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained ☐ Public Defender |
| | Firm Name: The Law Office of Allen W. Ross |
| | Address 1: P.O. Box 528 |
| | Address 2: |
| | City: Jacksonville |
| | State: Texas     Zip+4: 75766-0528 |
| | Telephone: 903-683-2454     ext. |
| | Fax: 903-683-2472 |
| | Email: allen@arossatty.com |
| | SBN: 00788324 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name:

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Rachel

Middle Name:

Last Name: Patton

Suffix:

☐ Appointed ☒ District/County Attorney

☐ Retained ☐ Public Defender

Firm Name: Cherokee County District Attorney

Address 1:

Address 2: P.O. Box 450

City: Rusk

State: Texas          Zip+4: 75785-0450

Telephone: 903-683-2573          ext.

Fax: 903-683-2309

Email: rachel@cocherokee.org

SBN: 24039030                    Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Obstructing Gov't Operations

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: July 15, 2015

Offense charged: Evading Arrest with a Vehicle (Habitual)

Date of offense: July 29, 2014

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: July 20, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 25 Years TDC, consecutive with another case

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?
☒ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA    If yes, date filed: July 30, 2014

Date of hearing: August 12, 2014    ☒ NA

Date of order: August 12, 2014    ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling: August 12, 2014

## VIII. Trial Court And Record

Court: 2nd District Court

County: Cherokee

Trial Court Docket Number (Cause no): 19320

Trial Court Judge (who tried or disposed of the case):

First Name: Bascom

Middle Name:

Last Name: Bentley

Suffix:

Address 1: P.O. Drawer 287

Address 2:

City: Rusk

State: Texas          Zip + 4: 75785

Telephone: 903-683-2236     ext.

Fax: 903-683-2238

Email: dcool@cocherokee.org

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested?  ☒ Yes ☐ No

If yes, date requested: Jul 20, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: Jul 20, 2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Nancy

Middle Name: Helm

Last Name: Adams

Suffix:

Address 1: 1133CR 3106

Address 2:

City: Jacksonville

State: Texas          Zip + 4: 75766

Telephone: 903-721-2286     ext.

Fax:

Email: nancy.helm.adams@gmail.com

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: _____  Court: _____

Style: _____

Vs. _____

## X. Signature

Signature of counsel (or Pro Se Party)

Printed Name: *Allen Ross*

Date: July 21, 2015

State Bar No: 00788324

Electronic Signature: Allen W. Ross
(Optional)

Name: Allen W. Ross

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on July 21, 2015                    .

Signature of counsel (or pro se party)

Electronic Signature: Allen W. Ross
(Optional)

State Bar No.: 00788324

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: July 21, 2015

Manner Served: Fax

First Name:     Rachel

Middle Name:

Last Name:     Patton

Suffix:

Law Firm Name: Cherokee County District Attorney

Address 1:

Address 2:     P.O. Box 450

City:          Rusk

State          Texas                    Zip+4: 75785

Telephone:     903-683-2573        ext.

Fax:       903-683-2309

Email:     rachel@cocherokee.org